**H. P. WILLOUGHBY, d/b/a Thriftway Market**

v.

**SHOPPERS CHOICE SUPER-MARKETS, INC.**

Court of Appeals of Kentucky.

Feb. 2, 1973.

Rehearing Denied April 20, 1973.

H. P. Willoughby, pro se,

Harry B. Miller, Jr., Miller, Griffin & Marks, Lexington, for appellee.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

**Charles Lee BRUMFIELD, Appellant,**

v.

**Ernestine BRUMFIELD, Appellee.**

Court of Appeals of Kentucky.

March 16, 1973.

C. B. Creech, Creech, Hogg & Johnson, Ashland, for appellant.

Calvin R. Gearhart, Catlettsburg, for appellee.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

**GALE COAL COMPANY, Appellant,**

v.

**Clell BLANKENSHIP et al., Appellees.**

Court of Appeals of Kentucky.

March 16, 1973.

John H. Baird, Baird & Baird, Pikeville, for appellant.

Kelsey E. Friend, Pikeville, for appellees.

Memorandum Opinion of the Court by Chief Justice PALMORE, Affirming.*

**Lowell Scott FIELDS, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

March 16, 1973.

Fred Reaves, Jr., Brown, Sledd & McCann, Lexington, for appellant.

Ed W. Hancock, Atty. Gen., M. Curran Clem, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

* Opinion ordered not to be published.